**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

IN RE:   RELIABLE HEALTHCARE LOGISTICS, LLC,          Case No. 24-20252-JDL

DEBTOR.                                                                                    Chapter 11

**UNITED STATES TRUSTEE'S LIMITED OBJECTION TO CONFIRMATION OF TRUSTED PARTNER PHARMA LOGISTICS LLC'S COMPETING PLAN OF REORGANIZATION**

Paul A. Randolph, the Acting United States Trustee for Region 8 ("United States Trustee"), objects to confirmation of the Completing Plan of Reorganization ("Plan") filed Trusted Partner Pharma Logistics LLC ("TPPL").  The confirmation hearing is scheduled for June 26, 2025.  In support of this Limited Objection, the United States Trustee states:

1. On January 19, 2024, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. TPPL filed a Competing Plan of Reorganization on April 3, 2025 (Doc. No. 318).

3. Section K. "Releases; Setoffs; Subordination; Exculpation; Limitation of Liability; and Injunction" is overly broad and needs to be amended or stricken completely.

4. The United States Trustee objects to any provision and/or subsection that seeks to release any party beyond the Debtor and/or estate fiduciaries that served during the Chapter 11 proceeding. The United States Trustee also objects to any provision and/or subsection that seeks to release any party for any prepetition or post-confirmation conduct. The exculpation clause should be limited to conduct after the Petition Date and should not extend to any conduct after the date of confirmation. Lastly, the Exculpation makes an exception for willful misconduct, but does not except gross negligence, as well as bad faith and breach of fiduciary duty. It should be amended or stricken completely.

5. The United States Trustee further reserves any and all rights, remedies and obligations to, inter alia, complement, supplement, augment, alter and/or modify this objection, file an appropriate Motion and/or conduct any and all discovery as may be deemed necessary or as may be required and to assert such other grounds as may become apparent upon further factual discovery.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, the United States Trustee requests that the Court:

1. The Court grant the United States Trustee a hearing on this Objection.

2. The Court deny confirmation of the Competing Plan pending resolution of the issues raised herein.

3. The Court grant the United States Trustee such additional general relief to which the United States Trustee may be entitled.

Respectfully Submitted,

PAUL A. RANDOLPH
ACTING UNITED STATES TRUSTEE, REGION 8

/s/ *Jamaal M. Walker* (#033764)
JAMAAL M. WALKER, Trial Attorney
United States Department of Justice
Office of the United States Trustee, Region 8
200 Jefferson Avenue, Suite 400
Memphis, Tennessee 38103
(901) 544-3210
jamaal.walker@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Jamaal M. Walker, hereby certify this 18th day of June, 2025 service of a true and accurate copy of the foregoing by electronic means and/or via regular U.S. Mail, postage prepaid, to the following persons in accordance with Guideline 19B of the Amended Guidelines for Electronic Filing.

Debtor
Attorney for the Debtor
All persons requesting notice    /s/ *Jamaal M. Walker*
JAMAAL M. WALKER, Trial Attorney