**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

In re:

Reliable Healthcare Logistics, LLC,                    Case No.  24-20252-JDL
                                                    Chapter 11

         Debtor.

**LIMITED OBJECTION TO CONFIRMATION OF (i) DEBTOR'S FIRST
AMENDED PLAN OF REORGANIZATION [Doc. No. 321] and
(ii) COMPETING PLAN OF REORGANIZATION SUBMITTED BY
TRUSTED PARTNER PHARMA LOGISTICS LLC [Doc. No. 318]**

BCI IV Palm Beach CC LLC ("BCI"), by and through its attorneys, files this limited objection (the "Limited Objection") to the Debtor's Amended Plan of Reorganization (the "Debtor's Amended Plan") [Doc No. 321] and the Competing Plan of Reorganization (the "Competing Plan") [Doc. No. 318] filed by Trusted Partner Pharma Logistics LLC ("TPPL"). In support of said objection, BCI would state to the Court as follows:

1.      BCI is an unsecured creditor of the Debtor for prepetition rent arrearages in the amount of $550,915.57 (the "Cure Amount") for the lease of non-residential real property located at 951 Clint Moore Road, Boca Raton, Florida (the "Lease").

2.      On or about December 3, 2024, counsel for BCI and counsel for the Debtor confirmed an agreement for the treatment of the Lease to be incorporated into the Debtor's Amended Plan (the Debtor's original Plan of Reorganization [Doc. No. 222] was filed on August 16, 2024).

3.      Counsel for the Debtor accurately detailed the agreed treatment of BCI for the Cure Amount of the Lease in Section 4.01 - Class Designations, Class 1 Prepetition Unsecured Claim of BCI IV Palm Beach LLC (page 9-10 of Debtor's Amended Plan).

4.      Counsel for BCI provided this agreed to treatment for the Cure Amount of the Lease to counsel for TPPL after the Competing Plan was filed on April 3, 2025.

5.      Counsel for TPPL agreed that TPPL would provide the same or better treatment of BCI for the Cure Amount of the Lease in the Competing Plan, if amended, or, in the alternative, in the confirmation order should the Competing Plan of TPPL prevail.

6.      TPPL has not since amended the Competing Plan treatment of BCI for the Cure Amount of the Lease contained in Class 3.04 Pre-Petition Unsecured Claim of BCI IV (page 9 of Competing Plan) which contains an incorrect cure amount and a nonconsensual treatment of the Cure Amount on the Effective Date (as defined in the Competing Plan).

7.      As such, BCI files this Limited Objection to reserve its rights and ensure the correct Cure Amount and treatment is incorporated into any order confirming either the Debtor's Amended Plan or the Competing Plan.

8.      Additionally, as to the Debtor's Amended Plan, Section 4.01 - Class Designations, Class 1 Prepetition Unsecured Claim of BCI IV Palm Beach LLC conflicts with Article VII, Section 7.01 – Assumed Executory Contracts and Unexpired Leases (pg 16-17 of the Debtor's Amended Plan) which does not exclude BCI from the general treatment for other assumed leases which differs in percentage of the Cure Amount to be paid on the Effective Date and contains a reservation of right to object to any claimed cure amount.

9.      Counsel for the Debtor has agreed to exclude BCI from Article VII, Section 7.01 – Assumed Executory Contracts and Unexpired Leases to avoid a conflict with the controlling agreement for treatment of the Cure Amount of the Lease provided in Section 4.01 - Class Designations, Class 1 Prepetition Unsecured Claim of BCI IV Palm Beach LLC.

WHEREFORE, BCI would ask the Court to (i) deny the confirmation of the Debtors'

Amended Plan and/or the Competing Plan as proposed or, alternatively, (ii) confirm the Debtor's

Amended Plan and/or the Competing Plan with the specific treatment for the Cure Amount for the

Lease as agreed to by counsel for BCI and counsel for the Debtor and counsel for TPPL and (iii)

for any such further relief as is just and proper.


Respectfully Submitted,

**BUTLER SNOW LLP**

/s/ R. Campbell Hillyer
R. Campbell Hillyer (22124)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
(901) 680-7326
(901) 680-7201 facsimile
cam.hillyer@butlersnow.com
*Attorneys for BCI IV Palm Beach CC LLC*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the parties listed below via first class U.S. mail, postage prepaid or electronically, via this Court's CM/ECF system this June 20, 2025:

Debtor
Debtor's Counsel
TPPL Counsel
United States Trustee
All parties receiving notice on the Court's ECF Notice System


/s/ R. Campbell Hillyer